UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 15-7771-PJW                                    Date  April 8, 2016

Title:   Pamela Simpson v. American Legal Support Services, Inc.

---

**PRESENT:  THE HONORABLE    PATRICK J. WALSH**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Isabel Martinez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**  
NONE

**PROCEEDINGS:**          ( IN CHAMBERS)

Plaintiff may be in violation of Local Rule 73-2.2, in not filing a proof of service of the summons and complaint within 10 days of service.

**No later than April 15, 2016**, plaintiff is ordered to show cause why this action should not be dismissed for failure to follow the Local Rules.  Filing of the proof of service by April 15, 2016, shall be deemed compliance with this Order.

**IT IS SO ORDERED**.

Initials of Deputy Clerk_____